UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
MICHAEL HALLMARK                                : Civil No.: 11-CV-0842
                                                :
            Plaintiff,                          :
                                                :
                                                :
v.                                              :
                                                :
MIDLAND FUNDING, LLC d/b/a                      :
MIDLAND FUNDING                                 :
OF DELAWARE, LLC, AND COHEN &                   :
SLAMOWITZ                                       :
            Defendants                          :
---------------------------------------------------------------------X   NOVEMBER 7, 2011

## APPEARANCE

Attorney Thomas A. Leghorn hereby appears as counsel in this case for the Defendant,

MIDLAND FUNDING, LLC d/b/a MIDLAND FUNDING OF DELAWARE, LLC.

Dated:   New York, New York
         November 7, 2011

                                    Yours, etc.

                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

                                    By: /s/ Thomas A. Leghorn
                                    Thomas A. Leghorn
                                    Attorneys for
                                    MIDLAND FUNDING, LLC d/b/a
                                    MIDLAND FUNDING OF DELAWARE,
                                    LLC.
                                    150 East 42nd Street
                                    New York, New York 10017-5639
                                    (212) 490-3000
                                    File No. 10277.00139

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Ave., Suite 1A
Amherst, NY 14226

_____
Thomas A. Leghorn