UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
MICHAEL HALLMARK                               : Civil No.: 11-CV-0842
                                               :
          Plaintiff,                           :
                                               :
                                               :
v.                                             :
                                               :
MIDLAND FUNDING, LLC d/b/a                     :
MIDLAND FUNDING                                :
OF DELAWARE, LLC, AND COHEN &                  :
SLAMOWITZ                                      :
          Defendants                           :
----------------------------------------------------------------X   NOVEMBER 7, 2011

## DEFENDANT MIDLAND FUNDING LLC, d/b/a MIDLAND FUNDING OF DELAWARE, LLC'S CORPORATE DISCLOSURE

Defendant, Midland Funding, LLC d/b/a Midland Funding of Delaware, LLC ("Funding") by Counsel, hereby makes the following Corporate Disclosure Statement:

Defendant, Funding is a subsidiary of Encore Capital Group, Inc., which is a publicly traded company.

Dated:   New York, New York
         November 7, 2011

1

4811682v.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Thomas A. Leghorn
Thomas A. Leghorn
Attorneys for Defendant
Midland Funding, LLC d/b/a Midland Funding of Delaware, LLC
150 East 42nd Street
New York, NY 10021
212-915-5234
File No.: 10277.00139

2

4811682v.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Ave., Suite 1A
Amherst, NY 14226

_____
Thomas A. Leghorn