UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

MICHAEL HALLMARK,

                            Plaintiff,

        vs.                             **Case No. 11-CV-0842**

COHEN & SLAMOWITZ, LLP. AND MIDLAND
FUNDING, LLC D/B/A MIDLAND FUNDING OF
DELAWARE

                            Defendants.

―――――――――――――――――――――――――――――

## STIPULATION SELECTING MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and the Defendant that Hugh M. Russ, III, Esq. has been selected, contacted, and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation sessions in good faith, confer with the Mediator regarding the scheduling of conferences, and schedule the initial mediation session in a timely manner, bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

DATED:  February 24, 2012                            DATED: February 24, 2012

/s/ Seth J. Andrews                               /s/ Thomas A. Leghorn
Seth J. Andrews, Esq.                             Thomas A. Leghorn, Esq.
*Attorneys for Plaintiff*                              *Attorney for Defendant- Midland Funding*
The Law Offices of Kenneth Hiller          Wilson, Elser, Moskowitz, Edelman & Dicker
6000 North Bailey Avenue – Suite 1A        150 E. 42nd Street
Amherst, New York 14226                      New York, New York 10017
(716) 564-3288                                     (212) 915-5234

DATED:  February 24, 2012

/s/ Daniel R. Ryan
Daniel R. Ryan, Esq.
*Attorneys for Defendant – Cohen & Slamowitz*
Smith, Sovik, Kendrick & Sugnet, P.C.
250 S. Clinton Street – Suite 600
Syracuse, New York 13202
(315)474-2911