UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL HALLMARK,

        Plaintiff,

   v.                                     **Civil Action No. 11-CV-842**

COHEN & SLAMOWITZ AND
MIDLAND FUNDING LLC d/b/a
MIDLAND FUNDING OF DELAWARE LLC,

        Defendants.
_____

TO:    Clerk of the Court and all parties of record

    I am authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Michael Hallmark.

DATED: March 5, 2012

                                            /s/ Kenneth R. Hiller_____
                                            Kenneth R. Hiller, Esq.
                                            Law Offices of Kenneth Hiller, PLLC
                                            Attorneys for Plaintiff
                                            6000 N. Bailey Avenue – Suite 1A
                                            Amherst, New York 14226
                                            (716) 564-3288
                                            khiller@kennethhiller.com