

11/05/07

TAMARA LAYMON
MIDLAND CREDIT MANAGEMENT, INC.
8875 AERO DRIVE, SUITE 200
SAN DIEGO, CA            92123

FIRM FILE #: C185307
YOUR FILE #: ▮▮▮▮▮▮▮

Creditor: MIDLAND CREDIT
                 vs.
Debtor: KUHNE/PAUL

Original Claim: $ 2517.41
Judgment Amount:   0
Balance Due: $ 2577.41
Court Case Number: 33248/06

PAPERLESS FILE
================================

```
04/24/06 EDI
 14:21:54        ▮▮▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮

04/22/06 EDI
 14:21:58        ▮▮▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮           Portfolio 468
04/25/06 EDI
 11:49:21        ▮▮▮▮         ▮▮▮▮

 12:06:03        SNCOK         NEW CLAIM FIXED             NEW CLAIM FIXED
                 *N/A          REPLACED CREDITOR NAME: ASSOCIATES
                 XCBRNEW       REQUEST FULL CBR FOR D#1    AUTO ADDED DIARY 552
                 *N/A          COLL,MGR (0,89) CHANGED TO (89,89)
                 *N/A          AUTO ADDED DIARY 614
           ED2
 13:38:40        ▮▮▮▮▮▮       ▮▮▮▮▮▮▮▮▮
04/26/06
 1972:42:54      |*Trans U|Trans Union Report   Dept: Standard: XPN/
04/27/06 EDI
 11:57:23        SCACCPT       CLAIM ACCEPTED              BY DSEID
04/28/06 EDI
 11:57:23        *N/A          AUTO ADDED DIARY 720
                 *N/A          AUTO ADDED DIARY 625
           ED2
 12:42:49        XPRESUIT      REVIEW FILE PRIOR TO SUIT
```

# Law Offices
## Cohen & Slamowitz, LLP

(800) 293-6006 ext. 8989  
(516) 686-8989  
Fax 516 584-1006  

P.O. Box 9004  
Woodbury, NY 11797-9004  

April 28, 2006

PAUL KUHNE     1d1 C185307

RE:    ORIGINAL CREDITOR: CITIBANK/ASSOCIATES  
CREDITOR: Midland Funding NCC-2 Corp  
ACCOUNT NO.  
C&S FILE NO:    C185307  
BALANCE DUE AS OF April 28, 2006: $2,521.13

DEAR PAUL KUHNE:

PLEASE BE ADVISED THAT THE ABOVE-REFERENCED CREDITOR HAS REFERRED THIS ACCOUNT TO OUR LAW OFFICE FOR COLLECTION. PLEASE CONTACT US TO DISCUSS SAME.
AT THIS TIME, NO ATTORNEY WITH THIS FIRM HAS PERSONALLY REVIEWED THE PARTICULAR CIRCUMSTANCES OF YOUR ACCOUNT. HOWEVER, IF YOU FAIL TO CONTACT THIS OFFICE, OUR CLIENT MAY CONSIDER ADDITIONAL REMEDIES TO RECOVER THE BALANCE DUE.

### VALIDATION NOTICE
UNLESS YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE, THE ABOVE DEBT WILL BE ASSUMED TO BE VALID BY THIS OFFICE. SHOULD YOU NOTIFY THIS OFFICE IN WRITING AT THE ADDRESS SHOWN ABOVE WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE THAT THE DEBT OR ANY PORTION THEREOF IS DISPUTED, WE WILL OBTAIN AND MAIL TO YOU VERIFICATION OF THE DEBT OR A COPY OF THE JUDGMENT, IF ANY, AND IF ALSO REQUESTED, THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

LAW OFFICES OF COHEN AND SLAMOWITZ, LLP

P.S. ALL CHECKS SHOULD BE FORWARDED DIRECTLY TO THIS OFFICE. OUR OFFICE ALSO ACCEPTS WESTERN UNION, MONEY GRAM, MASTERCARD, VISA, DISCOVER CARD, AND CHECKS VIA PHONE, OR VISIT OUR WEBSITE AT **WWW.CSLAWLLP.COM** TO MAKE PAYMENTS ONLINE.