UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL HALLMARK,

                         Plaintiff,                       **ORDER**

    v.

                                                           11-CV-842S(F)

COHEN & SLAMOWITZ,
MIDLAND FUNDING LLC,

                         Defendants.

Oral argument on **Plaintiff's motion to compel filed April 12, 2013 and April 18, 2013 (Doc. No. 71 and 76, respectively)** has been set for:

| | |
|---|---|
| Place: | 500 United States Courthouse<br>2 Niagara Square<br>Buffalo, New York |
| Date and Time: | **May 23, 2013 at 2:00 p.m.** |

**COUNSEL SHALL APPEAR IN PERSON.**

Defendants' response shall be filed not later than **May 13, 2013**.  Plaintiff's reply, if any, shall be filed not later than **May 17, 2013**.  No adjournments shall be permitted except upon showing of good cause.

SO ORDERED.

                                                  /s/ *Leslie G. Foschio*

                                                  _____
                                                      LESLIE G. FOSCHIO
                                            UNITED STATES MAGISTRATE JUDGE

Dated: April 24, 2013
       Buffalo, New York