UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL HALLMARK on behalf of
himself and all others similarly situated,

                      Plaintiff,

     vs.

**No. 11-CV-842(WMS)(LGF)**

**CLASS ACTION**

COHEN & SLAMOWITZ, LLP
MIDLAND FUNDING LLC d/b/a
MIDLAND FUNDING OF DELAWARE LLC,

                   Defendants.

_____

**Plaintiff's Notice of Motion to Strike the Reply Affidavit of Kyle Hannan, the
Reply Declaration of Daniel R. Ryan, the Exhibits to those Documents, and any
Portions of Defendants' Reply Memorandums that Refer to the
Hannan Affidavit or the Ryan Declaration**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law,

dated April 26, 2013, and upon all of the other papers and proceedings had herein,

Plaintiff will move this Court, under Rule 12(f) of the Federal Rules of Civil

Procedure, for an order striking the Reply Affidavit of Kyle Hanna (ECF #70-1), the

Declaration of Daniel R. Ryan, Esq. in Reply to Plaintiff's Opposition to Defendant's

Motion to Dismiss (ECF #69), and the exhibits to those documents (ECF #s 69-1, 69-

2, and 70-1), upon the grounds that they consist of unauthenticated documents and

inadmissible hearsay, and include personal identifying information – *i.e.* the last

four digits of Plaintiff's Social Security number and his date of birth – that has been

impermissibly filed, thereby opening Plaintiff up to possible identity theft.

Dated: New York, New York
         April 26, 2013

                                        /s/ Brian L. Bromberg
                                        Brian L. Bromberg
                                        One of Plaintiff's Attorneys


Attorneys for Plaintiff
Brian L. Bromberg
Michael N. Litrownik
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7906

Kenneth R. Hiller
Seth J. Andrews
Law Offices of Kenneth Hiller
6000 North Bailey Ave, Suite 1A
Amherst, NY 14226
(716) 541-0887