## Certificate of Service

I, Brian L.Bromberg, an attorney, hereby certify that on April 26, 2013, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Rules on Electronic Service upon the following parties and participants:

Kenneth R. Hiller

Brian L. Bromberg

Seth Andrews

Daniel R. Ryan

Thomas A. Leghorn

Michael N. Litrownik

Dated: New York, New York
      April 26, 2013

                                    /s/ Brian L. Bromberg
                                      Brian L. Bromberg