UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HALLMARK, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>-against-<br><br>COHEN & SLAMOWITZ, LLP, and MIDLAND FUNDING LLC d/b/a MIDLAND FUNDING OF DELAWARE LLC,<br><br>Defendants. | Case No.<br>11-cv-0842(WMS)(LGF)<br><br>Class Action |

Notice of Withdrawal of Michael N. Litrownik

PLEASE TAKE NOTICE that Michael N. Litrownik hereby withdraws from this action as he is no longer associated with Bromberg Law Office, P.C. Brian L. Bromberg, Seth Andrews, and Kenneth Hiller will continue to represent Plaintiff Michael Hallmark.

Dated: June 5, 2013

Respectfully submitted,

/s/ Michael N. Litrownik
Michael N. Litrownik
496 Hudson Street, Apt. 7
New York, NY 10014
Phone: (917) 573-8086
Email: Mike.Litrownik@gmail.com

<u>Certificate of Service</u>

I hereby certify that on June 5, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: June 5, 2013

/s/ Michael N. Litrownik
Michael N. Litrownik (ML1138)
496 Hudson Street, Apt. 7
New York, NY 10014
Phone: (917) 573-8086
Email: Mike.Litrownik@gmail.com