# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Michael Hallmark individually and on behalf of a class,

Plaintiff(s),

**MEDIATION CERTIFICATION**

11 - cv - 842

v.

Cohen & Slamowitz, LLP,

Defendant(s).

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on 11/08/17.

　☑ *Case has settled.* (Comment if necessary).

　☐ *Case has not settled.* Mediation will continue on _____.

　☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 11/08/17        **Mediator:** /S/ Hugh M. Russ, III

**Additional Comments:**
Since class action, subject to court approval.

Save PDF    Clear Form