**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**MICHAEL HALLMARK on behalf of**
**himself and all others similarly situated,**

                 **Plaintiff,**
        **vs.**                                               **Civil Action No. 11-CV-842**

**COHEN & SLAMOWITZ, LLP**                  **CLASS ACTION**
**MIDLAND FUNDING LLC d/b/a**
**MIDLAND FUNDING OF DELAWARE LLC,**

                 **Defendants.**
_____

## MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE HIS FEE PETITION

Upon the annexed affirmation of Seth J. Andrews, Esq. dated November 20, 2018, Plaintiff, by counsel, moves this Court for an extension until November 21, 2018 for Plaintiff to file his final approval documents including fee petitions for attorneys' fees and costs pursuant to the Decision and Order granted on June 8, 2018, together with such other relief which to the Court may seem proper.


DATED:  November 21, 2018           /s/Seth Andrews_____
                                                 Seth Andrews, Esq.
                                                 Law Offices of Kenneth Hiller
                                                 *Attorneys for Plaintiff*
                                                 6000 North Bailey Ave., Suite 1A
                                                 Amherst, New York 14226
                                                 (716) 564-3288
                                                 sandrews@kennethhiller.com