

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500   F 973.535.9217

**Andrew C. Sayles**
Partner
ASayles@connellfoley.com

November 26, 2018

**VIA ECF**
Honorable Elizabeth A. Wolford, U.S.D.J.
United States District Court
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    **Hallmark v. Cohen & Slamowitz, LLP, et al.**
            **WDNY No. 11-cv-842 (EAW/LGF)**

Dear Judge Wolford:

    This office represents Defendant Cohen & Slamowitz, LLP ("C&S"), relevant to the above matter. On November 21, 2018, Plaintiff filed a motion for final approval of the class action settlement here (DR No. 382) and this matter is scheduled for a final approval hearing on November 27, 2018. As part of motion for approval, Plaintiffs have also included a request for attorney's fees and costs. *See* DR No. 382, Brief, Sections V and VI. It was the understanding of C&S that a petition for attorney's fees and costs would be filed separately.

    C&S is not opposing or otherwise responding to the motion as it relates to final approval of the class action settlement. However, please note that C&S intends to respond to those portions of the motion relating attorney's fees and costs as this option was specifically reserved by C&S as part of the Settlement Agreement here. *See* DR No. 373-3, ¶12(a)("Defendants reserve the right to object to Class Counsel's petition to the Court."). Accordingly, C&S requests that the Court set a briefing schedule concerning objections to Plaintiff's petition for fees and costs.

                                                             Respectfully submitted,

                                                             CONNELL FOLEY LLP

                                                             */s/ Andrew C. Sayles*

                                                             Andrew C. Sayles

ACS/
cc:    All Counsel of Record Via Email